FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 21 PM 3:59
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROXANNE FITCH | * | CIVIL ACTION |
| VERSUS | * | NO. 06-3235 |
| SETTOON TOWING, L.L.C. AND G & C TOWING, L.L.C. | * | SECTION "SECT. C |
| | * | MAG. MAG 2 |
| * * * * * * * | * | |

COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel comes, plaintiff, Roxanne Fitch, an adult resident citizen of Houma, State of Louisiana, and who respectfully represents the following, to-wit:

I.

Plaintiff brings this action pursuant to the General Maritime Laws of the United States and all statutes supplemental and amendatory thereto.

II.

Made party defendants herein are:

a) Settoon Towing, L.L.C., upon information and belief, a domestic corporation with its principal place of business in Louisiana and qualified to do and doing business within the jurisdiction of this Honorable Court and the State of Louisiana; and

___ Fee $350.00
✓ Process
X Dktd
___ CtRmDep
___ Doc. No.

b) G & C Towing, L.L.C., upon information and belief, a domestic corporation with its principal place of business in Louisiana and qualified to do and doing business within the jurisdiction of this Honorable Court and the State of Louisiana.

III.

At all material times herein and on the date of the accident herein, May 3, 2006, plaintiff, Roxanne Fitch, was a seaman and a member of the crew of the shrimping vessel, LADY TAYLOR.

IV.

On or about May 3, 2006, plaintiff, Roxanne Fitch, sustained serious injuries to her mind and body including, but not limited to her head, cervical spine, upper extremities, lumbar spine and lower extremities, while on the shrimping vessels Lady Taylor.

V.

On or about May 3, 2006, the defendant, Settoon Towing, L.L.C., owned, operated and controlled the M/V Christie M. Settoon, a towing vessel.

VI.

On or about May 3, 2006, the defendant, G & C Towing, L.L.C., owned, operated and controlled the M/V Christie M. Settoon.

VII.

At all material times herein and on the date of accident herein, May 3, 2006, the M/V Christie M. Settoon had in tow a barge identified as Barge "CTCO-163".

VIII.

At all material times and on the date of accident herein, May 3, 2006, the M/V Christie M.

Settoon and tow "CTCO-163" was setting up for the Dulac Swing Bridge when the tow started to slide. As a result thereof the barge "CTCO-163" struck the M/V LADY TAYLOR causing property damage and injuries to the plaintiff, Roxanne Fitch. A proximate cause of the accident herein was the negligence attributable to the defendant, Settoon Towing, L.L.C. and G & C Towing, L.L.C., and the unseaworthiness of the M/V Christie M. Settoon.

IX.

The plaintiff, Roxanne Fitch, was injured soley through the negligence, fault or inattention of duties by the defendants, Settoon Towing, L.L.C., and G & C Towing, L.L.C., its agents or employees in one or more of the following non-exclusive particulars, to-wit:

a. Failing to keep the towing vessel and the barge under proper control;

b. Failing to warn the nearby vessels;

c. Failing to warn the plaintiff;

d. Failing to operate its vessel and tow barge in a safe and reasonable manner;

e. Negligent navigation; and

f. Other acts of negligence which will be shown at trial.

XI..

A proximate cause of the accident herein was the unseaworthiness of the M/V Christie M. Settoon which was owned, operated and controlled by the defendant, Settoon Towing, L.L.C., and G & C Towing, L.L.C.

XII.

A result of the above and foregoing unseaworthiness conditions and negligence acts and/or omissions by defendants, Settoon Towing, L.L.C., and G & C Towing, L.L.C., the plaintiff, Roxanne Fitch, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following, to-wit:

a. Past and future loss of wages;

b. Impairment of future earning capacity;

c. Physical pain and suffering;

d. Mental and emotional pain and suffering;

e. Past and future medical expenses;

f. Loss of enjoyment of life; and

g. Additional damages to be shown at the trial of this action.

WHEREFORE, plaintiff, Roxanne Fitch, prays that defendants, Settoon Towing, L.L.C. and G & C Towing, L.L.C. , be served with a copy of this Complaint, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, there be judgment rendered herein in favor of plaintiff and against defendants in the sum of ONE-MILLION DOLLARS ($1,00,000.00) DOLLARS, interest from the date of accident until paid, all costs of these proceedings, and for all legal, general, equitable and maritime relief.

Respectfully submitted,

UNGAR & BYRNE

RANDY J. UNGAR (12387)
GEORGE W. BYRNE, JR. (3744)
KRISTI POST (17752)
GREGORY T. DISCON (22037)
365 Canal Street, Suite 2520
New Orleans, Louisiana 70130
(504) 566-1616

**PLEASE SERVE:**

Settoon Towing, L.L.C.
Through its registered agent for service of process
James R. Austin
1 Ameican Place
23rd Floor
Baton Rouge, LA 70821

G & G Towing, L.L.C.
Through its registered agent for service of process
Greg A. Gravois
145 Settoon Court
Pierre Part, LA 70339